# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

129688

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

J. W. HOBBS CORPORATION,
          Plaintiff-Appellant,

v

SC: 129688
COA: 254069
Ct of Claims: 02-000166-MT

REVENUE DIVISION, DEPARTMENT
OF TREASURY, STATE OF MICHIGAN,
          Defendant-Appellee.

_____/

       By order of July 21, 2006, the application for leave to appeal the September 1, 2005 judgment of the Court of Appeals was held in abeyance pending the decisions in *International Home Foods, Inc/Lenox*, *Inc v Dep't of Treasury* (Docket Nos. 130542-3). On order of the Court, the cases having been decided on January 5, 2007, 477 Mich 983, amended 477 Mich 1064 (2007), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       CAVANAGH, J., would grant leave to appeal.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

l0521